# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 28, 2015

150491(52)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

PIERRE LAMAR TAYLOR,
          Defendant-Appellant.

SC: 150491
COA: 318633
Wayne CC: 11-009674-FC

_____/

On order of the Court, the motion for reconsideration of this Court's April 23, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 28, 2015



Clerk

p0720